# UNITED STATES DISTRICT COURT

_____  DISTRICT OF MASSACHUSETTS  _____

UNITED STATES OF AMERICA

v.

Margarita Rosa Celorio

**CRIMINAL COMPLAINT**

M.J. No.: M- 05-__1617__-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about __July through December 2004__ in __Suffolk__ County and elsewhere in the District of __Massachusetts__, defendant did, (Track Statutory Language of Offense)

knowingly structuring a financial transaction to evade federal reporting requirements,

in violation of Title __31__ United States Code, Section __5324 and 31 CFR 103.11__.

I further state that I am a(n) __Special Agent - Immigration and Customs Enforcement__
Official Title

and that this complaint is based on the following facts:

Please see attached Affidavit of Special Agent Derek M. Dunn attached hereto and incorporated herein by reference.

Continued on the attached sheet and made a part hereof:  [x] Yes    [ ] No

Signature of Complainant
Derek M. Dunn
Special Agent - ICE

Sworn to before me and subscribed in my presence,

__January 13, 2005__                at    __Boston, Massachusetts__
Date                                       City and State

Hon. Charles B. Swartwood III
**Chief, United States Magistrate Judge**
Name and Title of Judicial Officer        Signature of Judicial Officer