# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) **M.J NO. M-05-1617-CBS** |
| | ) |
| **MARAGRITA ROSA CELORIO, DEFENDANT** | ) |
| | ) |

_____

## NOTICE OF NEW ADDRESS

NOW COMES the Defendant in the above-entitled matter and files this Notice of New Address from her previous residence at 34 Carroll Street - #1,Chelsea, MA 02150 to 475 Malden Street, Revere, MA 02151.

The Defendant further states she was dispossessed of her previous address as a result of a fire in March, 2006.  She had relocated to the above-indicated address and has previously reported the change to her supervising pre-trial service officer.  She is fully compliant with all of her conditions of release.

Respectfully submitted,
Margarita Rosa Celorio
By her Attorney,


Dated:  April 12, 2006

/s/ Edward P. Ryan, Jr.
Edward P. Ryan, Jr., Esq.
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420
(978) 345-4166
BBO#434960

## CERTIFICATE OF SERVICE

I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 11, 2006.

/s/ Edward P. Ryan, Jr.
Edward P. Ryan, Jr.