UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V.   ) | **M.J NO. M-05-1617-CBS** |
| ) | |
| **MARGARITA ROSA CELORIO, DEFENDANT** ) | |
| ) | |

### DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE

NOW COMES the Defendant in the above-entitled matter and moves that her conditions of release be amended to permit her to report her pretrial services by telephone on Wednesdays.

As grounds for this motion, the Defendant states that she has started a new job at the Four Points Sheraton in Revere and her schedule does not allow her to physically report to pretrial services each week and will interfere with her new employment.

                          Respectfully submitted,
                          Margarita Rosa Celorio
                          By her Attorney,

Dated:  May 10, 2006        /s/ Edward P. Ryan, Jr.
                                        Edward P. Ryan, Jr., Esquire
                                        O'Connor and Ryan, P.C.
                                        61 Academy Street
                                        Fitchburg, MA 01420
                                        (978) 345-4166
                                        BBO#434960

## **CERTIFICATE OF SERVICE**

      I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 10, 2006.

                                     /s/ Edward P. Ryan, Jr.
                                     Edward P. Ryan, Jr.