UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
**UNITED STATES OF AMERICA**                )
                                             )
**V.**                                       ) M.J NO. M-05-1617-CBS
                                             )
**MARGARITA ROSA CELORIO, DEFENDANT**        )
_____)

## EX PARTE MOTION FOR FUNDS

Now comes the Defendant in the above-entitled matter and moves for an order authorizing the Defendant to obtain the services of a Spanish speaking interpreter and for an order for funds to pay for said services. As grounds for this motion the Defendant states that she is unable to adequately communicate with counsel in English.

Respectfully submitted,
The Defendant, by her attorney

/s/ Edward P. Ryan Jr.

_____
Edward P. Ryan Jr.
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420
978-345-4166
BBO # 434960

July 20, 2006

## CERTIFICATE OF SERVICE

      I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 20, 2006.

/s/ Edward P. Ryan, Jr.
Edward P. Ryan, Jr.