UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA )
                         )
V.                       ) M.J NO. M-05-1617-CBS
                         )
MARGARITA ROSA CELORIO, DEFENDANT )
_____)

### MOTION OF DEFENDANT FOR FUNDS TO OBTAIN TRANSCRIPT

Now comes the Defendant, Margarita Rosa Celorio and moves for funds to obtain the transcript of the plea hearing on March 5, 2007 in connection with the above-referenced matter.  As grounds for this Motion, the Defendant states she is indigent and unable to afford the costs of said transcript.  The undersigned has been appointed to represent her.

Respectfully submitted
The Defendant, by her attorney

/s/ Edward P. Ryan, Jr.
_____
Edward P. Ryan, Jr.
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420
978-345-4166
BBO# 434960

Dated:  March 5, 2007

## **CERTIFICATE OF SERVICE**

     I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                                  <u>/s/ Edward P. Ryan, Jr.</u>
                                                  Edward P. Ryan, Jr.